UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,      **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

22   -CR- 108 ( ) ( )

Zachary Seid

                                            Defendant(s).
-----------------------------------------------------------------X

Defendant **Zachary Seid** hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

- [X] Initial Appearance Before a Judicial Officer
- [X] Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)
- [X] Bail/Detention Hearing
- [X] Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

**Zachary S. Seid**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Frank A. Rubino**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

March 8, 2022
Date

_____
U.S. District Judge/U.S. Magistrate Judge