UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

Zachary Seid

                                Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

22   -CR- 108( ) ( )

Defendant __Zachary Seid_____ hereby voluntarily consents to participate in the following proceeding via _Xx_ videoconferencing or _X_ teleconferencing:

___ Initial Appearance Before a Judicial Officer

___ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Bail/Detention Hearing

_X_ Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

**Zachary Seid**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**Frank A. Rubino**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_April 6, 2022_
Date

_____
U.S. District Judge/U.S. Magistrate Judge