```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA                                           :
                                                                   :
            -v-                                                    :
                                                                   :           22 Cr. 108 (JPC)
ZACHARY S. SEID and ANTHONY CRACCHIOLO,                            :
                                                                   :               ORDER
                         Defendants.                               :
                                                                   :
                                                                   :
-------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The status conference previously scheduled for June 29, 2022 at 11:30 a.m. is adjourned until 3:30 p.m. on the same day.

SO ORDERED.

Dated: June 27, 2022
       New York, New York

                                                                  _____
                                                                          JOHN P. CRONAN
                                                                       United States District Judge