```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
UNITED STATES OF AMERICA                                :
                                                        :
            -v-                                         :
                                                        :       22 Cr. 108 (JPC)
ZACHARY S. SEID and ANTHONY CRACCHIOLO,                 :
                                                        :            ORDER
                          Defendants.                   :
                                                        :
                                                        :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

    The public may dial into the status conference previously scheduled for June 29, 2022 at 3:30 p.m., Dkt. 30, by calling (866) 434-5269, access code 9176261.

    SO ORDERED.

Dated: June 28, 2022  
       New York, New York

                                                  JOHN P. CRONAN  
                                           United States District Judge