```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                      :
UNITED STATES OF AMERICA,                             :
                                                      :
       -v-                                            :
                                                      :            22 Cr. 108 (JPC)
ZACHARY S. SEID and ANTHONY CRACCHIOLO,               :
                                                      :                ORDER
                            Defendants.               :
                                                      :
------------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On September 15, 2022, the parties in this case jointly requested that the Court schedule trial for June 19, 2023. Dkt. 33. Consequently, the Court hereby schedules trial to commence on June 19, 2023. Should the Government seek disclosure concerning Defendants' expert witnesses pursuant to Federal Rule of Criminal Procedure 16(b)(1)(C)(i) (as amended as of December 1, 2022), or should Defendants seek disclosure concerning the Government's expert witnesses pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G)(i) (as amended as of December 1, 2022), that party shall request that disclosure by March 13, 2023. If requested, that disclosure shall be provided by April 3, 2023. The Government shall provide Defendants with notice of any evidence it seeks to admit at trial under Federal Rule of Evidence 404(b) by April 24, 2023. By May 8, 2023, the parties shall submit proposed *voir dire*, requests to charge, and verdict forms, which may be submitted individually by each Defendant or jointly by the two Defendants together. Any motions *in limine* also shall be filed by May 8, 2023, with oppositions to those motions due by May 22, 2023. Such motions *in limine* shall include any challenges to the admission of proffered expert testimony and to the admission of evidence pursuant to Rule 404(b). The Court also directs the parties to Part 7 of its Individual Rules and Practices in Criminal Cases for further requirements as to the submission of pretrial materials, exhibit lists, exhibits, and material pursuant to 18 U.S.C.

§ 3500. The Court will hold a Final Pretrial Conference on June 14, 2022, at 2:00 p.m., in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

    SO ORDERED.

Dated: November 28, 2022
       New York, New York

                              JOHN P. CRONAN
                           United States District Judge