```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
UNITED STATES OF AMERICA,                                         :
                                                                  :
            -v-                                                   :
                                                                  :      22 Cr. 108 (JPC)
                                                                  :
ZACHARY S. SEID and ANTHONY CRACCHIOLO,                           :
                                                                  :           ORDER
                        Defendants.                               :
                                                                  :
------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On November 28, 2022, the Court issued an Order scheduling trial in this case to commence on June 19, 2023. Dkt. 37. That date, however, is a court holiday. Therefore, the Court hereby schedules trial to commence instead on June 20, 2023. All other deadlines set in the Court's Order scheduling trial, Dkt. 37, shall remain in force.

SO ORDERED.

Dated: December 1, 2022
       New York, New York                       _____
                                                      JOHN P. CRONAN
                                                United States District Judge