UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,     CASE NO: 22-CR-108

    Plaintiff,

-vs-     **ORDER**

ZACHARY S. SEID,

    Defendant.
_____/

THIS CAUSE having come on defendant Zachary S. Seid's Motion to Modify the conditions of his bond, allowing him to travel throughout the entire State of Florida.

Hearing that the Government has no objection to this motion, it is hereby;

ORDERED AND ADJUDGED that the defendant Zachary S. Seid's condition of bond are hereby modified to allow him to travel throughout the State of Florida.

DONE AND ORDERED this __15__ day of December, 2022.

                                                _____
                                                JOHN P. CRONAN,
                                                U.S. District Court Judge
                                                For the Southern District of New York