UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,   CASE NO: 22-CR-108

    Plaintiff,

-vs-

ZACHARY S. SEID,

    Defendant.
_____/

## ORDER

    **THIS CAUSE** having come before the Court on Defendant Zachary S. Seid's Agreed Motion to Change Conditions of Bond it is hereby

    **ORDERED AND ADJUDGED** that the Defendant's Bond conditions are modified and the Clerk of the United States District Court for the Southern District of New York is hereby Ordered to release that certain Deed of Trust and Surety Undertaking that was recorded on March 14, 2022 on the property located at 7376 Atwood Avenue Las Vegas, Nevada 89129.

    It is further Ordered that the Defendant's parents Richard Seid and Vicki Seid are to record a $500,000 Dollar Contingent Mortgage Deed upon their new property in Florida as soon as the purchase of that property is completed.

All other conditions of the Defendant's Bond remain in full force and effect.

DONE AND ORDERED this __4th__ day of December 2024 in New York City, New York.

HONORABLE JOHN P. CRONIN
United States District Court Judge