

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 30, 2025

**BY ECF**
The Honorable John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Zachary Seid*, S1 22 Cr. 108 (JPC))

Dear Judge Cronan:

    The Government writes to respectfully request that the Court direct the Clerk of Court to terminate the appearance of the undersigned Assistant United States Attorney as counsel of record in the above-captioned case. The undersigned is departing the U.S. Attorney's Office for other employment.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney

    by:    */s/*
        Rushmi Bhaskaran
        Assistant United States Attorney
        (212) 637-2439

Cc: Counsel of Record (by ECF)

---

The instant request is granted. Rushmi Bhaskaran is relieved of her representation of the Government and the Clerk of Court is respectfully directed to terminate her appearance from the docket.

SO ORDERED.
Date: July 31, 2025
New York, New York

*[signature]*

    JOHN P. CRONAN
    United States District Judge