IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA          §
                                  §
V.                                §     CASE NO. 1:22-CR-00108-JPC-1
                                  §
ZACHARY S. SEID                   §

## **ORDER**

Came on to be heard this date, Kent A. Schaffer's Corrected Motion to Appear Pro Hac Vice, and the Court is of the opinion that said motion is hereby:  GRANTED.

SIGNED on this __12__ day of __February_____, 2026.

_____
JOHN P. CRONAN
UNITED STATES DISTRICT COURT JUDGE

The Clerk of Court is respectfully directed to close Docket Number 134.